WILLIAM H. CATLIN et al., Appellants, *v.* THE ADIRONDACK COMPANY, Respondent.

(Argued June 1, 1880; decided June 8, 1880.)

*Marshall P. Stafford* for appellants.

*A. Pond* for respondent.

Agree to reverse order of General Term and to affirm order of Special Term on opinion of Special Term.

All concur.

. Ordered accordingly.

---

PHŒBE ROBERTSON, Appellant, *v.* WESTMORE R. ROBERTSON, Respondent.

(Argued June 1, 1880; decided June 8, 1880.)

*John Townshend* for appellant.

*John E. Burrill* for respondent.

Agree to dismiss appeal. No opinion.

All concur.

Appeal dismissed.